

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 2-08-089 -CV

IN THE INTEREST OF C.K.G. AND R.T.G., CHILDREN

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss The Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for

which let execution issue.  *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  May 15, 2008

---

[1] *See* TEX. R. APP. P. 47.4.